# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN WILSON and TONYA WILSON,**<br>Plaintiffs,<br><br>v.<br><br>**GREAT AMERICAN INSURANCE GROUP,**<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 12-5700 |

## O R D E R

**AND NOW**, this 25 day of October, 2013, upon consideration of Motion for Summary Judgment on Behalf of Great American Insurance Company (Document No. 11, filed August 21, 2013), Petitioners Shawn Wilson and Tonya Wilson's Response to the Respondent's Motion for Summary Judgment (Document No. 12, filed September 11, 2013), and Reply Brief of Great American Insurance Company in Further Support of Motion for Summary Judgment (Document No. 13, filed September 19, 2013), for the reasons set forth in the Memorandum dated October 25, 2013, **IT IS ORDERED** as follows:

1. The Motion for Summary Judgment on Behalf of Great American Insurance Company (Document No. 11, filed August 21, 2013) is **DENIED**;

2. Shawn and Tonya Wilson's Petition to Compel Arbitration (Document No. 1, filed October 5, 2012) is **GRANTED**. The parties shall proceed to arbitration pursuant to the arbitration provisions of defendant's insurance policy covering the motor vehicle operated by plaintiff, Shawn Wilson, at the time of the accident at issue.

3. The Clerk of Court shall **MARK** the case **CLOSED**.

                                                    BY THE COURT:

                                                    /s/ Jan E. DuBois
                                                    **DuBOIS, JAN E., J.**